UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YOSSEF NOUDEL., <br><br>                  Plaintiff, <br><br>    v. <br><br>ADT LLC, *et al.*, <br><br>                  Defendants. | Case No. 2:25-cv-09992-CV (AJRx) <br><br> **ORDER GRANTING JOINT STIPULATION ON DEFENDANT ADT LLC'S MOTION TO DISMISS AND PLAINTIFF'S WITHDRAWAL OF MOTION FOR REMAND** <br><br>**[DOC. # 28]** |
|---|---|

On December 18, 2025, Plaintiff Yossef Noudel ("Plaintiff") and Defendant ADT LLC's ("ADT") filed a Joint Stipulation to Continue Hearing on ADT's Motion to Dismiss Plaintiff's Complaint. Doc. # 28 ("Joint Stipulation"). Having considered the Joint Stipulation, and for good cause appearing, the Court hereby grants the Stipulation in its entirety and orders as follows:

1. The hearing on ADT's Motion to Dismiss (Doc. # 7) is CONTINUED from January 9, 2026, to January 30, 2026, at 1:30 p.m. in the above-entitled Court.
2. Plaintiff shall have until January 9, 2026, to file any response to ADT's Motion to Dismiss.
3. ADT shall have until January 16, 2026, to file any reply to Plaintiff's Response to its Motion to Dismiss.

1

4. Plaintiff's Motion for Remand (Doc. ## 13, 23) has been withdrawn and is MOOT. *See* Doc. # 28 at 2.

**IT IS SO ORDERED**.

Dated: 1/5/26

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE